UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Bernard Madoff d/b/a
Jonathan Lee Riches a/k/a
Arthur Nadel,
Plaintiff

V.

Barron's d/b/a Barrons.com a/k/a www.Barrons.com; Dow Jones & Co. Inc; The Dow Jones Averages; Dow Jones Industry Groups; Edwin A. Finn Jr.; Rupert Murdoch; Leslie Hinton; Robert Thomson; Richard Rescigno; Lauren R. Rublin; Phil Roosevelt; David Schutt; Andrew Bary; Michael Santoli; Thomas G. Donlan; Jonathan R. Laing; Jay Palmer; Jack Willoughby; Bill Alpert; Sandra Ward; Jacqueline Doherty; Kopin Tan; Robin G. Blumenthal; Lawrence C. Strauss; Leslie P. Norton; Vito J. Racanelli; Gene Epstein; Mark Veverka; Eric J. Savitz; Jim McTague; Tom Sullivan; Anita Peltonen; Christopher C. Williams; Dimitra Defotis; Susan Witty; Neil A. Martin; Theresa W. Carey; Mike Hogan; Suzanne McGee; Rhonda Brammer; J.R. Brandstrader; Pauline Yuelys; Teresa Vozzo; Pamela Budz; Mark Wauben; Robert Connolly; Diane Sipprelle; Andy Dick; Adrian DeLucca; Meredith Lewin; Jack Dee; John Tomac; Peter N. Miller; Michael J. Kokoszka; Randall W. Forsyth; Grey Bartalos; John D. Kimelman; Ed Lin; Fleming Meeks; Bob O'Brien; Steven M. Sears; Howard S. Godfrey; Johanna Bennett; Tiernan Ray; Maureen S. Malik; Alexander Eule; Teresa Rivas; David Englander; Avi Salzman; Teresa K. Gill; Nicole Yanolatos; Gary W. Holland; Donald E. Black; Michael Ahern; Gail Griffin; James H. Brumer; Ward S. McGuiness,
Defendants

---

Preliminary Injunction, Temporary Restraining order, TRO
Habeas Corpus Relief under 28 USC 2241

The matter in which my sentence is executed is unconstitutional, I also face imminent danger and bodily harm from Defendants. Barron's is falsifying information and committing slander with my name saying I'm responsible for the Economic Crisis and that I committed Ponzi scams on the Federal Reserve Bank and funnel money

Case 4:09-cv-00048-HSM-WBC   Document 1   Filed 05/08/09   Page 1 of 2   PageID #: 1

through shell accounts to offshore tax havens. Barron's distributing a front page article of my face (my mugshot from the Hillsboro County Florida, Tampa website Jail) in a Batman outfit, calling me the Matt Damon of tax havens, the Batman of tax scams, and a 1970s picture of me next to Ron Howard calling me the Fonzi of Ponzi's saying my Identity theft crashed the mortgage market. This is just not true. Barron's gets distributed to federal prisons which cause me danger from other inmates who want to learn stocks and bonds, inmates read false information and propaganda Defendants write about me then they want to harass me and pick my brain, number crunch my mind, extort me for my prison commissary money and take my Golden grahams. Defendants are calling me a fraud Barron, Economic Pontiff. Barron's reporters have been harassing me for a Jailhouse interview. Barron's reporters are camped outside my cell 24 hours a day. Barron's was financed through my Identity theft operation. The executives of Barron's use inmate sweat labor to print their papers, I'm forced to cut down trees for their paper in Bills and chains. Barron's is involved with helping Iranians and terrorists pick stocks to invest in missiles. Barron's drained my E-trade account and lied about investments. Barron's told me in 2006 to invest in GM, Countrywide, Ford, Sirius sat. radio, I lost everything. I can't afford toothpaste in prison or the Wall St. Journal. Defendants threatened to ring my head as a bell during the opening of the market. Federal prison does not show CNBC or Bloomberg news, this is unconstitutional. I'm denied a personal prison financial advisor or a prison broker or a loan to get me out of prison. Barron's put dollar bills in my pantyhose. I seek restraining orders and Barron's must stop with publications. Rupert Murdoch is my stepdad who neglects me and he threatened to assault me with a rolled up newspaper. I seek relief.

respectfully,
5-6-09

Jonathan Lee Riches #40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812