

LEXINGTON KY 405

05 MAY 2009 PM 1 T

United States District court
Eastern District of Tennessee
Clerk of Court
200 S. Jefferson St.
Winchester, TN 37398

Timothy Lee Riches
10948018-750
Federal medical center
Box 14500
Lexington, KY 40512