UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Jonathan Lee Riches,
Plaintiff

V.

Stephen Dewalt, warden,
Defendant

No. 4:09-CV-48

FILED

[date illegible]

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

[Notice of Appeal this courts order dismissing this case]

Jonathan Lee Riches moves to Appeal the Dismissal of this case. I appeal to the 6th circuit court of Appeals

When Stephen Dewalt was warden he violated all my Constitutional Rights. Now that Deborah Hickey is the new warden every single night in the world of mine has been abused, tortured, and manipulated under her watch. She oversees the RDAP program, residential Drug abuse program held at FMC Lexington. The torture and psychological abuse started the minute I walked into the Verles unit. RDAP staff members DR. Amanda Hughes, DR. Riley a/k/a DR. Natalie Riley, DR. Kristen Hungness, Rick Dooley, and Ms. Mattingly made me a sign that said "welcome to RDAP Hell MR. Riches, Please report to Staff Alley", I went downstairs to Staff alley on the way Rick Dooley Attacked me with a Hefty trash bag and threw it over my head while Ms. Green and Ms. Mattingly tasered my Genitals and stuck a night stick up my anus at least 10 inches. I was handcuffed and brought to the RDAP leader, DR. Amanda Hughes a/k/a DR. Amanda Leigh Hughes who was in the wicked witch of the west costume. The other staff surround me and start pagan Dancing around me in circles with stakes and totem poles. Case Manager Baker was playing the Bongos and Counselor Janis Brown Bellydanced in front

of me. DR. Hughes made me stick out my tongue and she put Acid on it and bent over in front of my face and shoved her anal into my throat. I was forced to put a Razor in my mouth and shave DR. Hughes anal with no hands. Staff was shouting "Eat it" "Eat it". DR. Hughes injected her blood into my veins. Then staff brought in a coffee table with a live chicken strapped to it and I was forced to watch DR. Hughes have sex with a chicken while Rick Dooley played the Harmonica. Then Freddy Krueger entered the think room and cut my face with her fingers and told me she is DR. Hungness the coordinator at RDAP. DR. Hughes told me in order to get through Phase 1, I had to ejaculate into a cup and drink it while DR. Riley had her mouth in my toes. MS. Green poured MRS. Butterworth syrup all over her body and blasted Beyonce in my ears while she pole danced. I was carried into the Ventis 2nd floor library where I was forced to watch inmate Patrick J. Simpson #05095-036 and Robert Annaheim have anal sex on a plastic chair with me having to remember the Philospohy and 12:50 pm I was strapped to a gurney and carried to the DAp Group room for the upmeeting and forced to watch Rick Dooley and DR. Hughes eat poop, lick snot, and sodomize each other with slinkys. I was forced to smoke crack cocaine upside down during Wednesday night Narcotics Anonymous. DR. Hughes is spreading her vaginal warts around Ventas. This is a Absolute torture center, anyone that plans to enter RDAP at Fmc lexington faces imminent danger. I found a human head in DR. Hughes Garbage can in her office along with syringes of estrogen. I appeal this case to the Appeals Court

respectfully,

*[signature]*

7-22-10
Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512