Case No. 10-5933

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

JONATHAN LEE RICHES

      Petitioner - Appellant

v.

STEPHEN DEWALT, Warden

      Respondent - Appellee


    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by 9/3/10.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                        **ENTERED PURSUANT TO RULE 45(a),**
                        **RULES OF THE SIXTH CIRCUIT**
                        Leonard Green, Clerk

Issued:  September 22, 2010

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 22, 2010

Mr. Jonathan Lee Riches
F.M.C. Lexington
P.O. Box 14500
Lexington, KY 40512

Re:  Case No. 10-5933 , *Jonathan Riches v. Stephen Dewalt*
Originating Case No. : 09-00048

Dear Sir,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Brock
Case Manager
Direct Dial No. 513-564-7036
Fax No. 513-564-7094

cc:  Ms. Patricia L. McNutt

Enclosure

No mandate to issue